Adam Brezine (CA Bar No. 220852)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
adam.brezine@hro.com

Attorneys for Defendants
Fan Action Inc. and Robert Firth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Razoreye Media Group, Ltd.**, a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Fan Action, Inc.**, an Indiana corporation, d/b/a Blue & Gold Illustrated, d/b/a Blue & Gold Traditions; and **Robert Firth**, an individual,<br><br>Defendants. | CASE NO. 08-1296-EDL<br><br>**STIPULATED 14-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff Razoreye Media Group, Ltd. filed this action in San Francisco Superior Court on February 1, 2008, and served the Complaint on Defendants Fan Action, Inc. and Robert Firth (collectively, "Defendants") on February 8, 2008.

Defendants filed a Notice of Removal of the case to this Court on March 5, 2008. Under Fed. R. Civ. P. 81, Defendants' response to the Complaint in this matter is due on or before March 10, 2008. A 14-day extension of time to respond to the Complaint would not alter the date of any event or any deadline already fixed by Court order.

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS

1
STIPULATED 14-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*
Case No. 08-1296-EDL

#36064 v1

FOLLOWS:

1.  Defendants' time to answer or otherwise respond to the Complaint in this matter shall be extended 14 days, up to and including March 24, 2008.

Dated: March 7, 2008                    HOLME ROBERTS & OWEN LLP

                                        By: /s/ Adam Brezine
                                            Adam Brezine

                                        Attorneys for Defendants
                                        Fan Action, Inc. and Robert Firth

Dated: March 7, 2008                    KRONENBERGER BURGOYNE LLP

                                        By: /s/Jeffrey M. Rosenfeld
                                            Jeffrey M. Rosenfeld

                                        Attorneys for Plaintiff
                                        Razoreye Media Group, Ltd.

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Adam Brezine, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for Plaintiff who has provided the conformed signature above.

                                        HOLME ROBERTS & OWEN LLP

                                        By: /s/ Adam Brezine
                                            Adam Brezine

                                        *Attorneys for Defendants*
                                        *Fan Action, Inc. and Robert Firth*

2
STIPULATED 14-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*
Case No. 08-1296-EDL

#36064 v1

1  Adam Brezine (CA Bar No. 220852)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, California 94105
3  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
4  adam.brezine@hro.com

5  Attorneys for Defendants
   FAN ACTION, INC. AND
6  ROBERT FIRTH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Razoreye Media Group, Ltd.**, a British Virgin Islands corporation, | CASE NO. **08-1296 EDL** |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| **Fan Action, Inc.**, an Indiana corporation, d/b/a Blue & Gold Illustrated, d/b/a Blue & Gold Traditions; and **Robert Firth**, an individual, | |
| Defendants. | |

PROOF OF SERVICE
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*

#28810 v1

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, California 94105.

On March 7, 2008, I served the foregoing document(s) described as

**STIPULATED 14-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the interested party/parties in this action as follows:

| | |
|---|---|
| Karl S. Kronenberger<br>Jeffrey M. Rosenfeld<br>Kronenberger Burgoyne LLP<br>150 Post St.<br>Suite 520<br>San Francisco, CA 94108 | *Attorneys for Plaintiff* |

☐ **BY PERSONAL SERVICE:** I caused the above-mentioned document(s) to be personally served to the offices of the addressee as indicated above.

☐ **BY FACSIMILE:** I communicated the above-mentioned document(s) via facsimile transmittal to the addressee as indicated above. The transmission was reported complete and without error by a transmission report issued by the facsimile transmission machine as defined in California Rule of Court 2003 upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmittal report bearing the date, time and sending facsimile machine telephone number shall be attached to the original proof of service.

☐ **BY ELECTRONIC MAIL (E-MAIL):** I caused the above-mentioned document(s) to be served via electronic mail from my electronic notification address to the electronic notification address of the addressee as indicated above. The document was served electronically and the transmission was reported complete without error.

-1-
PROOF OF SERVICE
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*

#28810 v1

1  ☐ BY FEDERAL EXPRESS: I caused the above-mentioned document(s) to be sent via Federal Express overnight delivery. By placing a true and correct copy of such document(s) enclosed in a sealed envelope or package designated by the express service carrier and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf, with delivery fees paid or provided for, addressed to the address last shown by that person on any document filed in the action as indicated above.

X BY MAIL: By placing a true and correct copy of such document(s) enclosed in a sealed envelope addressed to the offices indicated above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 7, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Asma Zia

-2-
PROOF OF SERVICE
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*

#28810 v1