1  Adam Brezine (CA Bar No. 220852)
   HOLME ROBERTS & OWEN LLP
2  560 Mission St.
3  25th Floor
   San Francisco, CA 94105
4  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
5  adam.brezine@hro.com

6
   Attorneys for Defendants
7  Fan Action Inc. and Robert Firth

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA
10

11 | **Razoreye Media Group, Ltd.**, a British Virgin Islands corporation, | CASE NO. 08-1296-EDL |
12 | | **DEFENDANTS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS (Civ. Local Rule 3-16)** |
13 |              Plaintiff, | |
14 |      v. | |
15 | **Fan Action, Inc.**, an Indiana corporation, d/b/a Blue & Gold Illustrated, d/b/a Blue & Gold Traditions; and **Robert Firth**, an individual, | |
16 | | |
17 | | |
18 |              Defendants. | |

19      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
20 named parties, there is no non-party that has (i) a financial interest of any kind in the subject matter
21 in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be
22 substantially affected by the outcome of the proceeding.
23      Respectfully submitted,
24 Dated: March 25, 2008              HOLME ROBERTS & OWEN LLP
25
26                          By: _____
                                Adam Brezine
27                              Attorneys for Defendants
                                Fan Action, Inc. and Robert Firth
28

---
1
Defendants' Local Civ. Rule 3-16 Disclosure
*Razoreye Media Group, Ltd. v. Fan Action, Inc. and Robert Firth*
Case No. 08-1296-EDL

#36385 v1