**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com

Attorneys for Plaintiff Razoreye
Media Group, Ltd.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Razoreye Media Group, Ltd,** a British Virgin Islands corporation,<br><br>        Plaintiff,<br>    v.<br><br>**Fan Action, Inc.**,  an Indiana corporation, *dba* **Blue  & Gold Illustrated,** *dba* **Blue & Gold Traditions; Robert Firth,** an individual,<br><br>        Defendants. | CASE NO. 08-1296-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Razoreye Media Group, Ltd., through its designated counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

DATED: April 8, 2008                              **KRONENBERGER BURGOYNE, LLP**

                                                  _____/s/_____
                                                  Jeffrey M. Rosenfeld

                                                  Attorneys for Plaintiff
                                                  Razoreye Media Group, Ltd.